JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CRISTO OSWALDO RODRIGUEZ-AYALA,

Petitioner,

v.

ICE PROCESSING CENTER, WARDEN OF ADELANTO,

Respondent.

Case No. 5:26-cv-03038-KK-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: September 21, 2026

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE